MARY ADER, Individually and as Administratrix of the Estate of MORRIS ADER, Deceased, et al., Respondents, *v.* SAM POLLMAN et al., Appellants.

Argued September 30, 1946; decided October 10, 1946.

*Jacob Aks* for motion.

*Sam Pollman,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion. [See 296 N. Y. 771.]